IN RE ADVISORY OPINION TO THE GOVERNOR.

Opinion Filed November 8, 1918.

Supreme Court of Florida,
Tallahassee, November 8, 1919.

Where a person has been elected State Senator, his appointment to and acceptance of the office of County Solicitor or Prosecuting Attorney, vacates his right and status as a State Senator under the election.

In Re Advisory Opinion to the Governor.

State of Florida, Executive Chamber,
Tallahassee, November 7, 1918.

To the Hon. Justices of the Supreme Court,
    Tallahassee, Florida.
Gentlemen:

Pursuant to Section 13, of Article IV of the Constitution of Florida, I respectfully request your opinion as to my constitutional duty and powers under Section 15, of Article XVI, Section 2, of Article II, upon the following:

1.  Under the above provisions of the Constitution of this State, should I, as Governor, permit a person, who was duly elected at the November Election, 1918, a State Senator in an even numbered Senatorial District to also hold the office of County Solicitor during the time intervening the said Election and the convening of the Senate.

2.  Does the acceptance of a Commission to the office of County Solicitor by a person who was duly elected State Senator in an even numbered Senatorial District at the November Election, 1918, create a vacancy in the said Senatorship, such as would necessitate the filling under the Constitution and Laws of the State by the calling of a Special Election by me, as Governor.

Respectfully submitted,
                SIDNEY J. CATTS,
                        Governor.

In Re Advisory Opinion to the Governor.

Supreme Court of Florida,
Tallahassee, November 8, 1918.

To His Excellency,
    Sidney J. Catts, Governor.
Sir:

Replying to your letter of the 7th instant, you are advised that in our opinion if a person who was elected a member of the State Senate at the general election held November 5, 1918, and who subsequent to such election and during the term to which the election applies accepts an appointment to the office of County Solicitor or prosecuting attorney of the county, such appointment and acceptance of the office vacates the person's right and status as a member of the State Senate. See Section 7, Article III, and Section 15, Article XVI; Section 2, Article VII, as amended in 1896, Acts 1895, page 368, 29 Cyc. 1382.

Very respectfully,
JEFFN. B. BROWNE,
Chief Justice.

R. F. TAYLOR,
J. B. WHITFIELD,
W. H. ELLIS,
T. F. WEST,
Justices Supreme Court.